LAW OFFICES OF MITCHELL S. SEGAL, P.C.

| | |
|---|---|
| 1010 NORTHERN BOULEVARD | N.Y.C. Office |
| SUITE 208 | 137 Fifth Avenue, 9th Floor |
| GREAT NECK, NEW YORK 11021 | New York, N.Y. 10010 |
| Ph: (516) 415-0100 | Ph: (212) 388-9444 |
| Fx:  (516) 706-6631 | |

<u>Via ECF Filing</u>

Honorable Kiyo A. Matsumoto          June 10, 2020
U.S. District Court – EDNY
225 Cadman Plaza East, Room S905
Brooklyn, New York 11201

      Re:  <u>*Kenneth Chavez, on behalf of himself and all others similarly situated v.*</u>
            <u>*PSA Realty Corp. d/b/a La Quinta Inn Queens*</u>
            <u>Case No.:  1:20-cv-01131-KAM-JO</u>

Dear Judge Kiyo A. Matsumoto:

    I apologize to the Court for this late filing which was due yesterday.  Pursuant to the Telephonic Pre-Motion Conference held before your Honor on June 2, 2020 and your Order issued on the same day, the Plaintiff declines to file an Amended Complaint at this time.  The Plaintiff's position is that subject matter jurisdiction exists, that he has plead valid discrimination claims in his Complaint including suffering an injury in fact and has valid standing.

    I thank this honorable Court for its review of this submission.

                                         Respectfully submitted,

                                         /s/ Mitchell Segal
                                         _____
                                         Mitchell Segal

By ECF
Cc:  All counsel of record