**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KENNETH T. CHAVEZ, on behalf of
himself and all others similarly
situated,

                       Plaintiff,

                                                                  CASE NO. 1:20-cv-01131-KAM-JO

      v.

PSA REALTY CORP. d/b/a LA QUINTA INN
QUEENS,

                       Defendant.
-----------------------------------------------------------------X

## NOTICE OF SETTLEMENT

      Plaintiff, KENNETH T. CHAVEZ, hereby notifies this Court that a settlement in principle has been reached in the instant action. The parties request that all deadlines be suspended while the parties finalize a settlement agreement.

DATED this 1st day of July, 2020.

                                                     Respectfully Submitted,
                                                     By:   */s/ Mitchell Segal*
                                                     Mitchell Segal, Esq.
                                                     Law Offices of Mitchell S. Segal, P.C.
                                                     Attorney for Plaintiff
                                                     1010 Northern Boulevard, Suite 208
                                                     Great Neck, New York 11021
                                                     Ph:  (516) 415-0100
                                                     Fx:  (516) 706-6631
                                                     msegal@segallegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this 1st day of July, 2020.

By: */s/ Mitchell Segal*
Mitchell Segal, Esq.
(MS4878)

## SERVICE LIST:

Minh N. Vu, Esq.
Samuel Sverdlov, Esq.
Julia N. Sarnoff, Esq.
Seyfarth Shaw LLP
Attorneys for Defendant