UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X
KENNETH T. CHAVEZ, on behalf of himself and all others similarly situated,

                             Plaintiff,         Case No.: 1:20-cv-01131-KAM-JO

v.

                                                  **STIPULATION OF DISMISSAL**
                                                  **WITH PREJUDICE**

PSA REALTY CORP. d/b/a LA QUINTA INN QUEENS,

                             Defendant.
_____X

IT IS HEREBY STIPULATED AND AGREED, by the parties to this action, by and through their undersigned counsel, that this action is dismissed with prejudice. Each party shall bear its own legal fees and costs.

LAW OFFICES OF MITCHELL S. SEGAL, P.C.    SEYFARTH SHAW LLP

By: _____                    By: _____
Mitchell S. Segal                                       Samuel Sverdlov
*Attorney for Plaintiff*                                        *Attorney for Defendant*
1010 Northern Boulevard, Suite 208             620 8th Avenue, 32nd Floor
Great Neck, New York 11021                     New York, NY 10018
Ph (516) 415-0100                                      Ph (212) 218-5547
Fx (516) 706-6631                                       ssverdlov@seyfarth.com
msegal@segallegal.com

Dated: September 1, 2020                            Dated: September 1, 2020

**SO ORDERED:**

s/ Kiyo A. Matsumoto           9/1/2020